# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NXP Semiconductors Netherlands B.V., a Netherlands corporation,, <br><br> Plaintiff, <br><br> v. <br><br> SRS Labs, Inc., a Delaware corporation,, <br><br> Defendant. | Case No. SACV 12-1148-JST (ANx) <br><br> **ORDER DISMISSING CASE PURSUANT TO STIPULATED NOTICE OF DISMISSAL** |
| SRS Labs, Inc., a Delaware corporation, and DTS LLC, a Delaware limited liability company, <br><br> Counterclaimants, <br><br> v. <br><br> NXP Semiconductors Netherlands B.V., a Netherlands corporation, <br><br> Counterdefendant. | |

Pursuant to the stipulation of the parties, and good cause having been shown, **IT IS HEREBY ORDERED** that:

All claims, counterclaims, demands, causes of action and defenses that were or could have been asserted by Plaintiff and Counterdefendant NXP Semiconductors Netherlands B.V., Defendant and Counterclaimant SRS Labs, Inc., and Counterclaimant DTS LLC are dismissed with prejudice. Each Party shall bear its own costs and fees, taxable or otherwise. No Party shall be deemed a "prevailing party" within the meaning of Federal Rule of Civil Procedure 54(d) or Central District of California Local Rule 54-1.

**IT IS SO ORDERED.**

Dated: February 6, 2013

Honorable Josephine Staton Tucker
United States District Court Judge